**CARL E. ROSTAD**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, Montana 59403-3447
119 First Ave. North, #300
Great Falls, Montana 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
E-Mail: carl.rostad@usdoj.gov

FILED

FEB 0 4 2016

Clerk, U.S. District Court
District Of Montana
Great Falls

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16- 09 -GF-BMM |
| Plaintiff, | **INDICTMENT** |
| vs. | **HARBORING A FUGITIVE**<br>Title 18 U.S.C. § 1071 (Count I)<br>(Penalty: Five years imprisonment, $250,000 fine and three years supervised release) |
| CHERYL LYNN LITTLE DOG, | |
| Defendant. | |
| | **FALSE STATEMENTS TO FEDERAL LAW ENFORCEMENT**<br>Title 18 U.S.C. § 1001(a)(2) (Count II)<br>(Penalty: Five years imprisonment, $250,000 fine and three years supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about October 16, 2015, at East Glacier, in the State and District of Montana, and other places, the defendant, CHERYL LYNN LITTLE DOG, did knowingly harbor and conceal Frank Gallardo, a person for whose arrest warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Frank Gallardo, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Frank Gallardo, and which warrant had been issued on a felony charge, in violation of 18 U.S.C. § 1071.

## COUNT II

That on or about October 16, 2015, at East Glacier, in the State and District of Montana, and other places, the defendant, CHERYL LYNN LITTLE DOG, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the defendant, CHERYL LYNN LITTLE DOG, when asked by agents of the U.S. Marshals Service and the Federal Bureau of Investigation if she knew the current whereabouts of Frank Gallardo, a federal fugitive wanted in the District of South Dakota, and for whom an arrest warrant had been issued, stated that Gallardo had left the area two days ago, being October 14, 2015, after she went to work, and that she had not seen him since, and denied that

she knew where Gallardo was located, when in truth and in fact, as CHERYL LYNN LITTLE DOG then and there well knew, she had been with Gallardo at a Walmart in Kalispell, Montana, the afternoon of October 14, 2015, and that Gallardo was at that time hiding in the crawl-space of her home, in violation of 18 U.S.C. §1001(a)(2).

A TRUE BILL.    Foreperson signature redacted. Original document filed under seal.

MICHAEL W. COTTER
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Judge Johnston
arraignment
3/8/16 @ 10:00 am
Crim. Summons ✓
Warrant:
Bail

3